# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE GLENN,** | : | No. 1:cv-13-0325 |
| **Plaintiff,** | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| **JAMES J. McGRADY, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW,** this 11th day of March, 2014, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss (Doc. No. 13) is **GRANTED.** All claims set forth in the complaint against Defendants are dismissed in their entirety.

2. Plaintiff's motion to amend/correct (Doc. No. 26) is **DENIED**.

3. The Clerk of Court is directed to **close this case**.

4. Any appeal from this order will be deemed frivolous, lacking in probable cause and not taken in good faith.

S/ Yvette Kane
Yvette Kane, District Judge
Middle District of Pennsylvania